# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-57707-BEM |
| **Tiffany Patrice Simpson,** ) | |
| ) | |
| Debtor. ) | CHAPTER 7 |

## DEBTOR'S AMENDMENT

COMES NOW Tiffany Patrice Simpson, Debtor, by and through counsel, and hereby amends her schedules as follows:

1.

Debtor did file this Chapter 7 case on May 17, 2019.

2.

**Schedule E & F**.  Debtor does now amend the Schedule E to disclose tax debt.

3.

**106 Summary of Assets and Liabilities**.  Debtor does now amend the schedule to list additional liabilities.

WHEREFORE, Debtor prays that this Amendment be allowed.

Respectfully submitted, on July 29, 2019.

/s/ Brett W. Clark

_____
Brett W. Clark, GBN 126931
Law Office of Brett W. Clark, P.C.
P.O. Box 813641
Smyrna, GA  30081-8641
(404) 981-2950
info@bwclarklaw.com
Attorney for Debtor

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Tiffany Patrice Simpson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | 19-57707 |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| 2.1 | **IRS** | Last 4 digits of account number | 3632 | $1,820.03 | $1,820.03 | $0.00 |
| | Priority Creditor's Name | | | | | |
| | **Centralized Insolvency Opera** | When was the debt incurred? | 12/31/2007 | | | |
| | **PO Box 7346** | | | | | |
| | **Philadelphia, PA 19101-7346** | | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | | |
| | ☐ Check if this claim is for a community debt | ■ Taxes and certain other debts you owe the government | | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | | |
| | ■ No | ☐ Other. Specify | | | | |
| | ☐ Yes | **Tax Debt** | | | | |

| Debtor 1 | Tiffany Patrice Simpson | | Case number (if known) | 19-57707 |
|---|---|---|---|---|

### 2.2 IRS
**Priority Creditor's Name**
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346
*Number Street City State Zip Code*

Last 4 digits of account number **3632**    $10,325.32    $10,325.32    $0.00

When was the debt incurred? **12/31/2017**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Tax Debt**

---

### 2.3 IRS
**Priority Creditor's Name**
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346
*Number Street City State Zip Code*

Last 4 digits of account number **3632**    $17,288.42    $17,288.42    $0.00

When was the debt incurred? **07/14/2018**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Tax Debt**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Tiffany Patrice Simpson**                                          Case number (if known)  **19-57707**

---

**4.1**  **800 Loan Mart**
Nonpriority Creditor's Name

**1582 Ventura blvd**
**Ste 250**
**Encino, CA 91325-0600**
Number Street City State Zip Code

Last 4 digits of account number  **06**                             **$1,138.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.2**  **AIM Rental**
Nonpriority Creditor's Name

**W. Ocean Blvd**
**Long Beach, CA 90802**
Number Street City State Zip Code

Last 4 digits of account number  **4178**                             **$1,530.00**

When was the debt incurred?  **May 01, 2006**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Judgement**

---

**4.3**  **America Collect**
Nonpriority Creditor's Name

**PO Box 1566**
**Manitowoc, WI 54221**
Number Street City State Zip Code

Last 4 digits of account number  **5126**                             **$229.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Tiffany Patrice Simpson**    Case number (if known)  **19-57707**

| 4.4 | **Azuma Leasing** | Last 4 digits of account number | **435** | $435.00 |

Nonpriority Creditor's Name
**2905 San Gabriel St**
**Ste 218**
**Austin, TX 78705**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.5 | **Capital One** | Last 4 digits of account number | **9096** | $200.00 |

Nonpriority Creditor's Name
**PO Box 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.6 | **Department of ED/Nelnet** | Last 4 digits of account number | **9835** | $233,929.00 |

Nonpriority Creditor's Name
**121 South 13th St.**
**Lincoln, NE 68508**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1  **Tiffany Patrice Simpson**          Case number (if known) **19-57707**

---

**4.7**  **Shabana Motors**
Nonpriority Creditor's Name

**9811 Sothwest Frwy**
**Houston, TX**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **0379**                              $784.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

**4.8**  **Smile Brands Finance**
Nonpriority Creditor's Name

**8105 Irvine Center Dr.**
**Ste 1500**
**Irvine, CA**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                        $814.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

**4.9**  **TXu Energy**
Nonpriority Creditor's Name

**1601 Bryan**
**Dallas, TX**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **446**                               $446.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

Debtor 1    Tiffany Patrice Simpson    Case number (if known)    19-57707

| 4.10 | U Point Kennesaw | Last 4 digits of account number | 6531 | $799.61 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | 3079 Hidden Forest Ct. | When was the debt incurred? | May 3 2019 | |
| | Marietta, GA 30066 | | | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
■ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only
**Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
☐ Student loans
☐ Check if this claim is for a community debt
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes
■ Other. Specify    Eviction

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Georgia Dept of Revenue**<br>1800 Century Blvd, NE,<br>Ste.: #9100<br>Atlanta, GA 30045-3202 | Line **2.1** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **IRS Insolvency Unit**<br>401 W. Peachtree Street NW<br>Stop #334-D Room 400<br>Atlanta, GA 30308 | Line **2.1** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    3632 | |
| **Kounta Kante**<br>**Attorney for U Point Kennesaw**<br>4140 Clairmont Rd.<br>Atlanta, GA 30341 | Line **4.10** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    6531 | |
| **Leslie Grossman**<br>**Attorney for AIM Rental**<br>7716 Balboa Blvd<br>Sherman Oaks, CA 91403 | Line **4.2** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    4178 | |
| **Los Angeles Cnty Superior Cour**<br>210 W. Temple St.<br>Ste 9<br>Los Angeles, CA | Line **4.2** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    4178 | |
| **Magistrate Court of Cobb Count**<br>32 Waddell St. SE<br>Marietta, GA 30090 | Line **4.10** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    6531 | |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

Debtor 1 **Tiffany Patrice Simpson**   Case number (if known) **19-57707**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total Claim |
|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 29,433.77 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 29,433.77 |

**Total claims from Part 2**

| | | | Total Claim |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 240,304.61 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 240,304.61 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tiffany** | **Patrice** | **Simpson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 19-57707 | | |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..................................................................  $ **0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B......................................................  $ **25,095.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................  $ **25,095.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **13,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............  $ **29,433.77**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...........  $ **240,304.61**

   **Your total liabilities**  $ **282,738.38**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................  $ **4,225.60**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.........................................................  $ **3,800.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

| Debtor 1 | Tiffany Patrice Simpson | Case number *(if known)* | 19-57707 |
|---|---|---|---|

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ 4,225.60

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 29,433.77 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 29,433.77 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 19-57707-BEM** |
| **Tiffany Patrice Simpson,** ) | |
| ) | |
| **Debtor.** ) | **CHAPTER 7** |

## VERIFICATION

I, Tiffany Patrice Simpson, named as Petitioner in the foregoing Petition, declare, under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the foregoing Amendment is true and correct.

/s/ Tiffany Patrice Simpson

Date: 07/29/19

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-57707-BEM |
| **Tiffany Patrice Simpson,** ) | |
| ) | |
| Debtor. ) | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I the undersigned certify that I have this date served the following parties with a copy of the within Amendment by placing true copies of same in the United States Mail, or as otherwise indicated below, with adequate postage affixed to insure delivery, addressed as follows:

Via ECF:
Jordan E. Lubin, Chapter 7 Trustee
Lubin Law, P.C.
8325 Dunwoody Place, Building 2
Atlanta, GA  30350

Tiffany Patrice Simpson
7742 Spalding Dr, Apt 114
Norcross, GA 30092

See attached Creditor Mailing Matrix and Supplemental List of Creditors.

In a properly addressed envelope with adequate first class postage affixed to assure delivery and depositing in the United States Mail.

Dated: July 29, 2019.


/s/ Brett W. Clark
_____
Brett W. Clark, GBN 126931
Law Office of Brett W. Clark, P.C.
P.O. Box 813641
Smyrna, GA  30081-8641
(404) 981-2950
info@bwclarklaw.com
Attorney for Debtor

```
Label Matrix for local noticing          800 Loan Mart                              AIM Rental
113E-1                                    1582 Ventura blvd                          W. Ocean Blvd
Case 19-57707-bem                         Ste 250                                    Long Beach, CA 90802
Northern District of Georgia              Encino, CA 91325-0600
Atlanta
Thu Jul 25 11:11:05 EDT 2019

America Collect                           Azuma Leasing                              Philip Crum Barnes
PO Box 1566                               2905 San Gabriel St                        Fowler, Hein, Cheatwood & Williams P.A.
Manitowoc, WI 54221-1566                  Ste 218                                    Suite 220
                                          Austin, TX 78705-3541                      2970 Clairmont Road
                                                                                     Atlanta, GA 30329-4414

Capital One                               Brett W. Clark                             Department of ED/Nelnet
PO Box 30281                              Law Office of Brett W. Clark, P.C.         121 South 13th St.
Salt Lake City, UT 84130-0281             P. O. Box 813641                           Lincoln, NE 68508-1904
                                          Smyrna, GA 30081-8641


Kounta Kante                              Leslie Grossman                            Los Angeles Cnty Superior Cour
Attorney for U Point Kennesaw             Attorney for AIM Rental                    210 W. Temple St.
4140 Clairmont Rd.                        7716 Balboa Blvd                           Ste 9
Atlanta, GA 30341-3237                    Sherman Oaks, CA 91406-2262                Los Angeles, CA 90012-3163


Jordan E. Lubin                           Magistrate Court of Cobb Count             Office of the United States Trustee
Lubin Law, P.C.                           32 Waddell St. SE                          362 Richard Russell Building
Building 2                                Marietta, GA 30090-2900                    75 Ted Turner Drive, SW
8325 Dunwoody Place                                                                  Atlanta, GA 30303-3315
Atlanta, GA 30350-3307

Philip L. Rubin                           Santander Consumer USA                     Shabana Motors
Lefkoff, Rubin. Gleason & Russo           PO box 961245                              9811 Sothswest Frwy
Suite 900                                 Ft. Worth, TX 76161-0244                   Houston, TX 77074-1336
5555 Glenridge Connector
Atlanta, GA 30342-4762

Tiffany Patrice Simpson                   (c)SMILE BRANDS FINANCE                    (p)TXU ENERGY RETAIL COMPANY LP
7742 Spalding Dr Apt. 114                 100 SPECTRUM CENTER DR STE 1500            CO BANKRUPTCY DEPARTMENT
Norcross, GA 30092-4207                   IRVINE CA  92618-4984                      PO BOX 650393
                                                                                     DALLAS TX 75265-0393


U Point Kennesaw
3079 Hidden Forest Ct.
Marietta, GA 30066-3117
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
TXu Energy
1601 Bryan
Dallas, TX
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Smile Brands Finance
8105 Irvine Center Dr.
Ste 1500
Irvine, CA

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CDC-Kennesaw, LLC                (u)Santander Consumer USA Inc.           End of Label Matrix
                                                                             Mailable recipients    21
                                                                             Bypassed recipients     2
                                                                             Total                  23

SUPPLEMENTAL LIST OF CREDITORS

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Unit
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308